# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAVON L. MURRY,<br><br>    Defendant. | 8:18CR263<br><br>ORDER |

This matter is before the Court on the Defendant's correspondence, filed as a Motion for Relief under 18 U.S.C. § 3621(b), ECF No. 42. Specifically, the Defendant seeks placement in community custody of home confinement. Section 3621(b) authorizes the Bureau of Prisons to designate a prisoner's place of confinement. The Court has no jurisdiction to alter the Defendant's designated place of confinement.

Accordingly,

IT IS ORDERED:

1. The Defendant's correspondence, filed as a Motion for Relief under 18 U.S.C. § 3621(b), ECF No. 42, is denied; and

2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 1st day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge